# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA  :

vs.  : CRIMINAL NO.: 21-00146-KD-MU

SHARMANITA BOYKIN  :

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 22) and without any objection having been filed by the parties, Defendant Sharmanita Boykin's plea of guilty to Counts One throught Fourteen of the Indictment is now accepted and Defendant is adjudged guilty of such offenses.

A sentencing hearing has been scheduled for **January 28, 2022, at 1:30 p.m.**, in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this the 15th day of November 2021.

s/KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE